**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.  A-1399-16T2
                        A-1400-16T2

IN THE MATTER OF CHERRY
HILL FIRE DISTRICT
NO. 13

_____

Submitted July 2, 2018 — Decided July 11, 2018

Before Judges Yannotti and Haas.

On appeal from the New Jersey Department of
Community Affairs, Local Finance Board.

Richard M. Braslow, attorney for appellant
Cherry Hill Township Fire District No. 13
(Richard M. Braslow, of counsel and on the
brief; Saranne E. Weimer, on the brief).

Gurbir S. Grewal, Attorney General, attorney
for respondent Department of Community
Affairs, Local Finance Board (Melissa H.
Raksa, Assistant Attorney General, of counsel;
Melanie R. Walter, Deputy Attorney General,
on the brief).

PER CURIAM

We have been advised prior to argument that this matter has

been amicably adjusted and the parties have stipulated to the

dismissal of the appeal.  Accordingly, the appeal is dismissed

with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION